IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT BARBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 1:19-cv-1043-ECM |
| ) | |
| HOUSTON COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On January 10, 2020, the Magistrate Judge entered a Recommendation (doc. 5) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED as follows that:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Plaintiff's motion to certify this case as a class action is DENIED;

3. With the exception of the lead plaintiff, Brent Barber, the remaining named Plaintiffs are TERMINATED as parties to the complaint, and the Clerk of the Court is DIRECTED to modify the docket accordingly; and

4. this case is referred back to Magistrate Judge for further proceedings.

Done this 31st day of January, 2020.

                                                  /s/ Emily C. Marks
                                                EMILY C. MARKS
                                                CHIEF UNITED STATES DISTRICT JUDGE