IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENT R. BARBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 1:19-cv-1043-ECM |
| | ) (WO) |
| HOUSTON COUNTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On March 26, 2020, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to file an amended complaint as ordered by the Court and to prosecute this action.

A separate Final Judgment will be entered.

Done this 23rd day of April, 2020.

                              /s/ Emily C. Marks
                             EMILY C. MARKS
                             CHIEF UNITED STATES DISTRICT JUDGE